UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANDRA BAHADUR OLI, | Case No. 1:26-cv-00251-DAD-JDP |
| Petitioner, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION |
| CHRISTOPHER CHESTNUT, *et al.*, | |
| Respondents. | (Doc. No. 11) |

Petitioner, an immigration detainee, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On April 13, 2026, the magistrate judge issued findings and recommendations (Doc. No. 11) which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. On April 17, 2026, respondents filed objections comprising a single sentence stating that respondents object for the same reasons previously set forth in their prior briefing. (Doc. No. 12.) These objections do not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the

/////

1

court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on April 13, 2026 (Doc. No. 11) are ADOPTED IN FULL;

2. The petition for writ of habeas corpus (Doc. No. 1) is GRANTED;

3. The preliminary injunctive relief previously granted (Doc. No. 7) is made permanent; and

4. The Clerk of Court is directed to enter judgment accordingly and close this case.

IT IS SO ORDERED.

Dated:   **June 11, 2026**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE